**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KAY C. CREWS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 15-00606-KD-B** |
| | ) | |
| **STANDARD INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Order entered this date granting Defendant Standard Insurance Company's motion for summary judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff Kay C. Crews' claims against Defendant are dismissed with prejudice.

**DONE** and **ORDERED** this 22nd day of June 2016.


 **s / Kristi K DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**